■ HYMAN GREEN et al., as Executors of HARRIS GOLDSTEIN, Deceased, Appellants, v. VETERANS FUNDING CORPORATION et al., Respondents.— In a stockholders' action, appellants' motion to vacate, modify, or limit items contained in a demand for a bill of particulars was granted in part and denied in part. The appeal is from so much of the order as denies the motion. Order, insofar as appealed from, affirmed, with $20 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ., concur.

■ In the Matter of JOSEPH DAVIS, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— In a proceeding to review a determination made by respondent that an apartment occupied by appellant is not subject to rent control, the appeal is from an order dismissing the proceeding. The wife of a former tenant of the apartment became a co-owner of the building, the occupancy of the former tenant and his wife, the co-owner, continued for more than one year, and the apartment was rented to appellant after April 1, 1953. Order unanimously affirmed, without costs. (State Residential Rent Law, § 2, subd. 2, par. [h]; L. 1946, ch. 274, as amd.; State Rent and Eviction Regulations, § 9, subd. 11.) Present — Nolan, P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.

■ In the Matter of ISSA KHOURY, Appellant. FELIX NASSER et al., Respondents.— Habeas corpus proceeding brought by appellant to obtain custody of his three-year-old daughter from her maternal aunt and uncle, respondents herein, with whom she has been residing at their home in Queens since shortly after her mother's death, more than 2½ years ago. It appears that appellant, who has not remarried, is unable to care for the infant and has arranged to board her with strangers near his home in Brooklyn. He appeals from an order dismissing the writ, continuing custody in respondents, and granting him rights of visitation. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ., concur.

■ In the Matter of BENJAMIN MILLER, Respondent, against CLARENCE A. DASSLER, as Building Official of the City of New Rochelle, Respondent. MORRIS LANE ASSOCIATES et al., Appellants.— In a proceeding to direct the rescission of a written notice purporting to cancel a permit for the construction of retail stores on property owned by respondent Miller, the appeal is from an order denying a motion of an unincorporated property owners' association and individual owners of property contiguous to, and in the immediate vicinity of, said respondent's property, to intervene as adverse parties in the proceeding, and for other relief. Order affirmed, without costs. No opinion. Beldock, Acting P. J., Murphy, Ughetta and Hallinan, JJ., concur.